In re:     Case No. 23-02500-HWV

Elizabeth L Stotsky     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Jan 18, 2024     Form ID: ntnew341     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth L Stotsky, 81 Jayme Drive, York, PA 17402-8215 |
| 5575824 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5575831 | | CLINIC MEDICAL SERVICES, PO BOX 92237, CLEVELAND, OH 44193-0003 |
| 5580475 | + | Colonial Savings, F.A., c/o Lorraine Gazzara Doyle, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 5576856 | + | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575835 | + | JP RMP, P.O. BOX 16759, ROCKY RIVER, OH 44116-0759 |
| 5575838 | + | OSS HEALTH, 1855 POWDER MILL RD., YORK, PA 17402-4723 |
| 5575839 | | OSS HEALTH HOSPITAL, 1861 POWDER MILL ROAD, YORK, PA 17402-4723 |
| 5575841 | + | SHEFFIELD FINANCIAL, ATTN: BANKRUPTCY, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 18 2024 18:53:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 18 2024 19:07:37 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575829 | + | Email/PDF: bncnotices@becket-lee.com | Jan 18 2024 19:07:22 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5587590 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2024 19:07:22 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5576911 | + | Email/Text: bkfilings@zwickerpc.com | Jan 18 2024 18:53:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5575830 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 18 2024 18:53:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 5575832 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 18 2024 18:53:00 | COLONIAL SAVINGS & LOANS, ATTN BANKRUPTCY, PO BOX 2988, FORT WORTH, TX 76113-2988 |
| 5575833 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 18:53:00 | COMENITY BANK/ANN TAYLOR, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5588269 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 18 2024 18:53:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 5575834 | + | Email/Text: mrdiscen@discover.com | Jan 18 2024 18:53:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5577003 | | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 18 2024 18:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5588060 | | Email/Text: EBNBKNOT@ford.com | Jan 18 2024 18:53:00 | Ford Motor Credit Company, LLC, Dept 55953 P.O. Box 55000, Detroit, MI 48255 |
| 5575826 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2024 18:53:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5587304 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 18 2024 18:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5575836 | + | Email/Text: EBNBKNOT@ford.com | Jan 18 2024 18:53:00 | LINCOLN AUTOMOTIVE FINANCE, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 5587289 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 18 2024 19:07:36 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5575837 | + | Email/PDF: cbp@omf.com Jan 18 2024 19:07:20 | | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5575840 | | Email/Text: bankruptcies@penncredit.com | Jan 18 2024 18:53:00 | PENN CREDIT CORP., 2600 COMMERCE DRIVE, P.O. BOX 69703, HARRISBURG, PA 17106-9703 |
| 5575828 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2024 18:53:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5584454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2024 19:07:14 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5588421 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2024 18:53:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5575825 | + | Email/Text: karen.brown@treasury.gov | Jan 18 2024 18:53:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5575842 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 18 2024 19:07:36 | | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5575843 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 18 2024 19:07:58 | | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5575844 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 18 2024 19:07:21 | | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5575845 | + | Email/Text: LCI@upstart.com | Jan 18 2024 18:53:00 | UPSTART/CUSTOMERS BANK, ATTN: BANKRUPTCY, P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5575827 | | Email/Text: kcm@yatb.com | Jan 18 2024 18:53:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5575823 | *+ | ELIZABETH L STOTSKY, 81 JAYME DRIVE, YORK, PA 17402-8215 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Elizabeth L Stotsky bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;imccauley@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, LOGSECF@logs.com |
| Michael Patrick Farrington | on behalf of Creditor Colonial Savings  F.A. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Elizabeth L Stotsky, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−02500−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 22, 2024<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 18, 2024 |

ntnew341 (09/23)