In re:  
Elizabeth L Stotsky  
    Debtor

Case No. 23-02500-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Mar 11, 2024     Form ID: ntcnfhrg     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth L Stotsky, 81 Jayme Drive, York, PA 17402-8215 |
| 5575824 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5575831 | | CLINIC MEDICAL SERVICES, PO BOX 92237, CLEVELAND, OH 44193-0003 |
| 5580475 | + | Colonial Savings, F.A., c/o Lorraine Gazzara Doyle, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 5575835 | + | JP RMP, P.O. BOX 16759, ROCKY RIVER, OH 44116-0759 |
| 5575838 | + | OSS HEALTH, 1855 POWDER MILL RD., YORK, PA 17402-4723 |
| 5575839 | | OSS HEALTH HOSPITAL, 1861 POWDER MILL ROAD, YORK, PA 17402-4723 |
| 5575841 | + | SHEFFIELD FINANCIAL, ATTN: BANKRUPTCY, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Mar 11 2024 18:55:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:12:29 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575829 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2024 19:02:12 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5587590 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2024 19:02:12 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5576911 | + | Email/Text: bkfilings@zwickerpc.com | Mar 11 2024 18:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5575830 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 11 2024 18:55:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 5575831 | ^ | MEBN | Mar 11 2024 18:54:31 | CLINIC MEDICAL SERVICES, PO BOX 92237, CLEVELAND, OH 44193-0003 |
| 5575832 | + | Email/Text: bankruptcydesk@colonialsavings.com | Mar 11 2024 18:55:00 | COLONIAL SAVINGS & LOANS, ATTN BANKRUPTCY, PO BOX 2988, FORT WORTH, TX 76113-2988 |
| 5575833 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | COMENITY BANK/ANN TAYLOR, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5588269 | + | Email/Text: bankruptcydesk@colonialsavings.com | Mar 11 2024 18:55:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 5575834 | + | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 11 2024 18:54:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5577003 | | Email/Text: mrdiscen@discover.com | Mar 11 2024 18:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5588060 | | Email/Text: EBNBKNOT@ford.com | Mar 11 2024 18:55:00 | Ford Motor Credit Company, LLC, Dept 55953 P.O. Box 55000, Detroit, MI 48255 |
| 5576856 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:02:11 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575826 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2024 18:54:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5587304 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2024 18:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5575836 | + | Email/Text: EBNBKNOT@ford.com | Mar 11 2024 18:55:00 | LINCOLN AUTOMOTIVE FINANCE, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 5587289 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5575837 | + | Email/PDF: cbp@omf.com | Mar 11 2024 19:02:23 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5575840 | | Email/Text: bankruptcies@penncredit.com | Mar 11 2024 18:54:00 | PENN CREDIT CORP., 2600 COMMERCE DRIVE, P.O. BOX 69703, HARRISBURG, PA 17106-9703 |
| 5575828 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2024 18:55:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5584454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2024 19:02:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5596330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2024 19:02:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5588421 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2024 18:55:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5575825 | + | Email/Text: karen.brown@treasury.gov | Mar 11 2024 18:54:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5575842 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:14 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5575843 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:21 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5575844 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:09 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5575845 | + | Email/Text: LCI@upstart.com | Mar 11 2024 18:54:00 | UPSTART/CUSTOMERS BANK, ATTN: BANKRUPTCY, P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5575827 | | Email/Text: kcm@yatb.com | Mar 11 2024 18:54:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5575823 | *+ | ELIZABETH L STOTSKY, 81 JAYME DRIVE, YORK, PA 17402-8215 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent Diefenderfer | on behalf of Debtor 1 Elizabeth L Stotsky bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;imccauley@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Colonial Savings F.A. ldoyle@squirelaw.com, LOGSECF@logs.com |
| Michael Patrick Farrington | on behalf of Creditor Colonial Savings F.A. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Elizabeth L Stotsky,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−02500−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 3, 2024<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)