IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Elizabeth L Stotsky
Debtor

Case No. 1-23-bk-02500-HWV
Chapter 13

## ORDER APPROVING THE PAYMENT OF COUNSEL FEES TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the First fee application filed by Brent C. Diefenderfer, Esquire, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning July 14, 2023 through March 14, 2024, in the amount of $5,671.29 for legal services rendered by said counsel to the Debtors; and for reimbursement to said counsel for out-of-pocket expenses incurred from July 14, 2023 through March 14, 2024, in the amount of $350.00 for a total award of $6,021.29 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $2,250.00 from the Debtor, the Standing Chapter 13 Trustee is directed to pay $3,771.29 from the funds that the Trustee has on hand to Debtor's Counsel.

{02468957/1}