UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    ELIZABETH L. STOTSKY,       : CHAPTER 13
        Debtor(s)

JACK N. ZAHAROPOULOS,
CHAPTER 13 TRUSTEE,
        Movant

vs.

ELIZABETH L. STOTSKY,
        Respondent(s)                : CASE NO. 1:23-bk-02500-HWV

### TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Plan ambiguous as to the Term and Base Amount. Plan Payments commenced in February 2024 and must end by January 2029. The tier payments do not total the listed base amount.

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtor(s)' Plan;
   b. dismiss or convert Debtor(s)' case; and
   c. provide such other relief as is equitable and just.

Dated: October 27, 2025

                Respectfully submitted:

                /s/ Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

        BY:    /s/ Douglas R. Roeder, Esquire
                     Attorney for Trustee

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brent Diefenderfer, Esquire
CGA Law Firm
135 North George Street
York, PA 17401

Dated: October 27, 2025

/s/ Matthew Harnsberger, Legal Assistant
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee