IN RE: :
ELIZABETH L STOTSKY, :
    Debtor : CHAPTER 13
     :
    JACK N. ZAHAROPOULOS :
    STANDING CHAPTER 13 TRUSTEE :
    Movant : CASE NO. 1:23-BK-02500-HWV
     :
ELIZABETH L STOTSKY, :
    Respondent :

**TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN FILED AT DOC. #83-3.**

AND NOW, this 17th day of February 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.    Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a.  The Plan is ambiguous as to the

        i.  Base amount – The total of the final tier should be $19,928.37, not $22,343.96. The total base plan should be $31,338.37, not $33,753.96.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

        Respectfully submitted:

        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

        BY: /s/ Douglas R Roeder
        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 17th day of February 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

BRENT DIEFENDERFER ESQUIRE
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA 17401-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee