United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Elizabeth L Stotsky

    Debtor

Case No. 23-02500-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 17, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5588269 | + Email/Text: bankruptcydesk@colonialsavings.com | Feb 17 2026 19:13:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Elizabeth L Stotsky bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J Eric Kishbaugh | on behalf of Creditor Colonial Savings F.A. jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

Lorraine Gazzara Doyle

    on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, LOGSECF@logs.com

Matthew K. Fissel

    on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-02500-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Elizabeth L Stotsky
81 Jayme Drive
York PA 17402

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/16/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102 | PNC Bank, N.A.<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg OH 45342<br>PNC Bank, N.A.<br>Attn: Bankruptcy |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/19/26

Seth F. Eisenberg
**CLERK OF THE COURT**